IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-N-2294 (OES)

GORDON ROBERTSON,

Plaintiff(s),

v.

LAS ANIMAS COUNTY SHERIFF'S DEPARTMENT, et al.,

Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated: July 8, 2005

    Defendants' Motion to Vacate Settlement Conference [filed July 7, 2005] is GRANTED. The settlement conference scheduled to commence on July 12, 2005, is hereby VACATED.