IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04–cv-2294-EWN-OES

GORDON ROBERTSON

    PLAINTIFF,

vs.

LAS ANIMAS COUNTY SHERIFF'S DEPARTMENT,
LAS ANIMAS COUNTY SHERIFF JAMES CASIAS,
KURT EMERY, an individual
KADE BASSETT, an individual
BOARD OF COUNTY COMMISSIONERS OF LAS ANIMAS COUNTY, COLORADO

    DEFENDANTS.

_____

**ORDER REGARDING ENLARGEMENT OF TIME**
_____

THIS MATTER COMING BEFORE THIS COURT upon the July 29, 2005 motion of Plaintiff for enlargement of time from July 29, 2005 to August 12, 2005 under Fed. R.Civ. Proc. Rule 6 (b) (1) in which Plaintiff may file a Response to Defendants' Motion for Summary Judgment (Docket #40), and upon review of the file and responses, if any, this Court enters the following Order:

_____    Motion is Denied.

_____    Motion is Granted.  Plaintiff shall have until August 12, 2005 in which to file said Response.

_____    Other: _____.

SO ORDERED this \_\_\_\_  day of July/August, 2005.

                                                  _____
                                                District Court Judge /  Magistrate Judge