IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04–cv–02294-EWN-OES

GORDON ROBERTSON,

    Plaintiff,

vs.

BOARD OF COUNTY COMMISSIONERS OF LAS ANIMAS COUNTY, COLORADO,
LAS ANIMAS COUNTY SHERIFF'S DEPARTMENT,
LAS ANIMAS COUNTY SHERIFF JAMES CASIAS,
KURT EMERY, and
KADE BASSETT,

    Defendants.
_____

## ORDER
_____

    This matter coming before the Court upon the MOTION FOR TELEPHONIC APPEARANCE, and the Court, having reviewed the Motion, and the court's file, finds good cause therefore, it is

    ORDERED the motion is GRANTED.  Counsel for the Plaintiff may appear via telephone at the hearing scheduled in this matter at 11:00 a.m. on Friday, December 16, 2005.

    Dated this 14th day of December, 2005.

                    BY THE COURT:

                    s/ Edward W. Nottingham
                    EDWARD W. NOTTINGHAM
                    United States District Judge