IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-2294-EWN

GORDON ROBERTSON,

    Plaintiff,

v.

LAS ANIMAS COUNTY SHERIFF'S DEPARTMENT,
LAS ANIMAS COUNTY SHERIFF JAMES CASIAS,
KURT EMERY,
KADE BASSETT,
BOARD OF COUNTY COMMISSIONERS OF LAS ANIMAS COUNTY, COLORADO,

    Defendants

_____

**JOINT MOTION TO VACATE STATUS CONFERENCE**
_____

Plaintiff Gordon Robertson and Defendants Las Animas County Sheriff's Department, Sheriff James Casias, Cade Bassett, Kurt Emery and Board of County Commissioners of Las Animas County, Colorado, by and through their respective counsel, Virginia Louden, Esq. and Andrew D. Ringel, Esq. of Hall & Evans, L.L.C., hereby respectfully submit this Joint Motion to Vacate Status Conference, and as grounds therefore state as follows:

    1.    On October 10, 2007, this Court issued a Minute Order setting a Status Conference before this Court for November 1, 2007. The parties respectfully request this Court vacate the Status Conference due to conflicts in the calendars of both counsel as well as to allow the parties to hold a mediation.

2. Initially, counsel for the Plaintiff and counsel for the Defendants both have conflicts for the Status Conference as presently scheduled. Counsel for the Plaintiff is scheduled to have a medical procedure the week of October 29, 2007, and her physician has advised her not to travel or work the entirety of that week. Counsel for the Defendants has depositions scheduled in Pueblo, Colorado in another matter for November 1-2, 2007, that have been scheduled for several months and were difficult to schedule.

3. Further, in light of the remand from the United States Court of Appeals for the Tenth Circuit, the parties have agreed to engage in mediation either with an assigned United States Magistrate Judge or with a private mediator. Counsel for the parties do not believe any United States Magistrate Judge is presently assigned to this matter following the retirement of United States Magistrate Judge O. Edward Schlatter who was assigned. The parties therefore request this Court arrange for such an assignment to take place. Once that occurs, the parties and their counsel will determine what venue is appropriate for a mediation and will then schedule such a mediation involving counsel and the parties. Because of the parties' intent to conduct a mediation, instead of holding a Status Conference, the parties respectfully suggest this Court direct the parties to file a Status Report with this Court within forty-five (45) days concerning the status of mediation. If this matter does not resolve at the mediation to be conducted by the parties, this Court could then set a Status Conference for further proceedings before this Court. Counsel for the parties believe there is at least the possibility of a resolution occurring as a result of the mediation and believe that it is worthwhile for the parties to explore the possibility of settlement prior to engaging in the expense of additional litigation.

WHEREFORE, for all of the foregoing reasons, Plaintiff Gordon Robertson and Defendants Las Animas County Sheriff's Department, Sheriff James Casias, Cade Bassett, Kurt Emery and Board of County Commissioners of Las Animas County, Colorado, respectfully request this Court vacate the November 1, 2007, Status Conference, direct the parties to submit a Status Report to this Court in forty-five (45) days, and for all other and further relief as this Court deems just and appropriate.

Dated this 24th day of October, 2007.

Respectfully submitted,

s/ Virginia Louden            .
Virginia H. Louden, Esq.
267 North Commercial Street
Trinidad, CO 81082
(719) 845-4060
Fax:  (719) 845-0169
Virginia@legalhummingbird.com

**ATTORNEYS FOR PLAINTIFF**

and

s/Andrew D. Ringel            .
Andrew D. Ringel, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, CO 80202-2052
(303) 628-3300
Fax:  (303) 293-3238
ringela@hallevans.com

**ATTORNEYS FOR DEFENDANTS**

3

**CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that on the 24th day of October, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Virginia H. Louden, Esq.
Virginia@legalhummingbird.com

        s/ Loree Trout, Secretary
        Andrew D. Ringel, Esq.
        Hall & Evans, L.L.C.
        1125 - 17th Street, Suite 600
        Denver, CO  80202-2052
        Phone No.:   303-628-3300
        Fax No.:      303-628-3668
        ringela@hallevans.com

        **ATTORNEY FOR DEFENDANTS**