IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-2294-EWN

GORDON ROBERTSON,

    Plaintiff,

v.

LAS ANIMAS COUNTY SHERIFF'S DEPARTMENT,
LAS ANIMAS COUNTY SHERIFF JAMES CASIAS,
KURT EMERY,
KADE BASSETT,
BOARD OF COUNTY COMMISSIONERS OF LAS ANIMAS COUNTY, COLORADO,

    Defendants

_____

**JOINT STATUS REPORT**
_____

Plaintiff Gordon Robertson and Defendants Las Animas County Sheriff's Department, Sheriff James Casias, Cade Bassett, Kurt Emery and Board of County Commissioners of Las Animas County, Colorado, by and through their respective counsel, Virginia Louden, Esq. and Andrew D. Ringel, Esq. of Hall & Evans, L.L.C., pursuant to this Court's Minute Order dated October 30, 2007, hereby respectfully submit this Joint Status Report, as follows:

    1.    On October 30, 2007, this Court issued a Minute Order which *inter alia* directed the parties to file a Status Report on December 30, 2007, and every thirty days thereafter. In compliance with this Court's Minute Order, the parties hereby provide this Status Report. By Minute Order dated November 29, 2007, a Settlement Conference has been scheduled with United States Magistrate Judge Michael E. Hegerty for January 17, 2008, at 10:00 a.m. The

parties will participate in the Settlement Conference and following it will provide this Court will an updated Status Report.

WHEREFORE, Plaintiff Gordon Robertson and Defendants Las Animas County Sheriff's Department, Sheriff James Casias, Cade Bassett, Kurt Emery and Board of County Commissioners of Las Animas County, Colorado, respectfully submit the foregoing Joint Status Report.

Dated this 17th day of December, 2007.

Respectfully submitted,

s/ Virginia Louden         .
Virginia H. Louden, Esq.
267 North Commercial Street
Trinidad, CO 81082
(719) 845-4060
Fax:  (719) 845-0169
Virginia@legalhummingbird.com

**ATTORNEYS FOR PLAINTIFF**

and

s/Andrew D. Ringel         .
Andrew D. Ringel, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, CO 80202-2052
(303) 628-3300
Fax:  (303) 293-3238
ringela@hallevans.com

**ATTORNEYS FOR DEFENDANTS**

2

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 17th day of December, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Virginia H. Louden, Esq.
Virginia@legalhummingbird.com

                                              s/ Loree Trout, Secretary
                                              Andrew D. Ringel, Esq.
                                              Hall & Evans, L.L.C.
                                              1125 - 17th Street, Suite 600
                                              Denver, CO  80202-2052
                                              Phone No.:   303-628-3300
                                              Fax No.:       303-628-3668
                                              ringela@hallevans.com

                                              **ATTORNEY FOR DEFENDANTS**

H:\Users\RINGELA\Las Animas County\Robertson\Joint Status Report.doc

3