# MINUTE ENTRY FOR SETTLEMENT CONFERENCE

TO: DOCKETING

DATED: January 17, 2008

FROM: Michael E. Hegarty
United States Magistrate Judge

RE: Settlement conference in *Robertson v. Las Animas Sheriff*, 04-cv-02294-EWN-MEH

    \_\_\_\_    A settlement conference was held on this date, and a settlement was not reached.

    \_X\_    A settlement conference was held on this date, and a settlement was reached.  Dismissal papers should be submitted on or before <u>January 31, 2008</u>.

    \_X\_    The settlement conference was held for 5 and one-half hours total.

    \_X\_    The settlement negotiations were concluded.

    \_\_\_\_    No record was made.

    \_X\_    A record was made.