IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02294-EWN-MEH

GORDON ROBERTSON,

    Plaintiff,

v.

LAS ANIMAS COUNTY SHERIFF'S DEPARTMENT,
LAS ANIMAS COUNTY SHERIFF JAMES CASIAS,
KURT EMERY,
KADE BASSETT,
BOARD OF COUNTY COMMISSIONERS OF LAS ANIMAS COUNTY, COLORADO,

    Defendants

---

## ORDER OF DISMISSAL WITH PREJUDICE
---

The parties have filed a Joint Stipulated Motion for Dismissal With Prejudice. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that Plaintiff Gordon Robertson's claims against Defendants Las Animas County Sheriff's Department, Las Animas County Sheriff James Casias, Kurt Emery, Kade Bassett and the Board of County Commissioners of Las Animas County, Colorado should be dismissed with prejudice.

THEREFORE IT IS ORDERED as follows:

    1.    That the Joint Stipulated Motion for Dismissal With Prejudice is APPROVED; and

2. That Plaintiff's claims against Defendants are DISMISSED WITH PREJUDICE, each party to pay his or its own attorneys fees and costs.

Dated this 15th day of February, 2008.

BY THE COURT:


s/ Edward W. Nottingham
Edward W. Nottingham
Chief United States District Judge